IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RON LITTRE                                                                                PLAINTIFF

v.                              Case No. 4:11-cv-48-DPM

SALINE COUNTY SHERIFF'S
DEPARTMENT, Jailers; SALINE
COUNTY DETENTION FACILITY,
Jailers; and RONALD DEAN
LITTLE, Inmate                                                                         DEFENDANTS

JUDGMENT

Little's complaint is dismissed without prejudice. An *in forma pauperis* appeal would not be in good faith.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2011